No. 09-850. Wrench Transportation Systems, Inc., et al., Petitioners v. John F. Kennedy, et al.

559 U.S. 1007, 130 S. Ct. 1896, 176 L. Ed. 2d 365, 2010 U.S. LEXIS 2632.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 340 Fed. Appx. 812.